# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| | | |
|---|---|---|
| **1. Person Reporting (last name, first, middle initial)**<br><br>MARTIN, BEVERLY B. | **2. Court or Organization**<br><br>Eleventh Circuit | **3. Date of Report**<br><br>04/27/2020 |
| **4. Title (Article III judges indicate active or senior status;** magistrate judges indicate full- or part-time)<br><br>Circuit Judge - Active Status | **5a. Report Type (check appropriate type)**<br><br>☐ Nomination ☐ Date<br>☐ Initial ✔ Annual ☐ Final<br><br>**5b.** ☐ Amended Report | **6. Reporting Period**<br><br>01/01/2019<br>**to**<br>12/31/2019 |
| **7. Chambers or Office Address**<br><br>56 Forsyth Street NW<br>Atlanta, GA 30303 | | |

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

✔ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| **MARTIN, BEVERLY B.** | 04/27/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **MARTIN, BEVERLY B.** | 04/27/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑     NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑     NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARTIN, BEVERLY B. | 04/27/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Bank of America checking account | A | Int./Div. | M | T | | | | | |
| 2. Bank of America Money Market Account | A | Int./Div. | L | T | | | | | |
| 3. Bank of America Money Market Account | A | Int./Div. | J | T | | | | | |
| 4. Energy Select Sector SPDR Fund ETF | A | Dividend | | | Sold (part) | 05/30/19 | J | A | |
| 5. | | | | | Sold | 08/15/19 | K | | |
| 6. Energy Select Sector SPDR Fund ETF (IRA) | A | Dividend | | | Sold | 08/07/19 | J | | |
| 7. Financial Select Sector SPDR Fund ETF | C | Dividend | M | T | Sold (part) | 03/21/19 | J | C | |
| 8. | | | | | Sold (part) | 05/30/19 | J | A | |
| 9. | | | | | Sold (part) | 08/20/19 | J | B | |
| 10. Financial Select Sector SPDR Fund ETF (IRA) | A | Dividend | K | T | Sold (part) | 08/07/19 | J | A | |
| 11. Global X Fintech ETF | | None | K | T | Buy | 01/09/19 | K | | |
| 12. | | | | | Buy (add'l) | 08/20/19 | J | | |
| 13. Global X Fintech ETF (IRA) | A | Dividend | J | T | | | | | |
| 14. Invesco Bulletshares 2019 Corporate Bond ETF | A | Dividend | | | Buy | 01/09/19 | K | | |
| 15. | | | | | Sold | 03/29/19 | K | | |
| 16. Invesco Bulletshares 2023 Corporate Bond ETF | A | Dividend | | | Buy | 01/09/19 | J | | |
| 17. | | | | | Sold | 05/30/19 | K | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARTIN, BEVERLY B. | 04/27/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Invesco QQQ Trust ETF | B | Dividend | M | T | Buy (add'l) | 04/30/19 | J | | |
| 19. | | | | | Buy (add'l) | 08/20/19 | J | | |
| 20. | | | | | Sold (part) | 12/30/19 | J | | |
| 21. Invesco QQQ Trust ETF (IRA) | A | Dividend | K | T | Buy (add'l) | 08/07/19 | J | | |
| 22. IShares Core MSCI Emerging Markets ETF | A | Dividend | | | Sold | 08/20/19 | K | | |
| 23. IShares Core MSCI Emerging Markets ETF (IRA) | A | Dividend | K | T | Buy (add'l) | 03/21/19 | J | | |
| 24. IShares IBOXX $ INVT Grade Corporate Bond ETF | A | Dividend | | | Buy | 03/29/19 | K | | |
| 25. | | | | | Sold | 05/30/19 | K | A | |
| 26. IShares MSCI Emerging Markets ETF | B | Dividend | L | T | Buy (add'l) | 08/20/19 | K | | |
| 27. IShares Select Divid ETF | | None | | | Sold | 01/09/19 | J | B | |
| 28. IShares U.S. Technology ETF (IRA) | A | Dividend | J | T | | | | | |
| 29. J.M. & Star, Macon, Bibb County, GA | C | Distribution | | | Sold | 01/01/19 | J | D | |
| 30. Lone Star Corp | F | Dividend | K | W | | | | | |
| 31. Rental Property, Atlanta, Fulton County, GA | E | Rent | M | R | | | | | |
| 32. SPDR S&P 500 ETF TR | A | Dividend | K | T | Buy | 05/13/19 | J | | |
| 33. | | | | | Buy (add'l) | 05/30/19 | J | | |
| 34. | | | | | Sold (part) | 07/19/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARTIN, BEVERLY B. | 04/27/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. SPDR S&P 500 ETF TR (IRA) | A | Dividend | | | Buy | 05/13/19 | J | | |
| 36. | | | | | Sold | 07/19/19 | J | A | |
| 37. | | | | | Buy | 07/22/19 | J | | |
| 38. | | | | | Sold | 08/07/19 | J | | |
| 39. SPDR S&P BioTech ETF | A | Dividend | L | T | Buy<br>(add'l) | 08/20/19 | J | | |
| 40. SPDR S&P BioTech ETF (IRA) | A | Dividend | J | T | | | | | |
| 41. SPDR S&P Regl Banking ETF (IRA) | A | Dividend | | | Sold | 03/21/19 | J | | |
| 42. UBS Bank USA Dep Acct (IRA) | A | Interest | J | T | | | | | |
| 43. UBS Bank USA Deposit | A | Interest | K | T | | | | | |
| 44. Vanguard FTSE Europe ETF | B | Dividend | L | T | Buy<br>(add'l) | 05/30/19 | J | | |
| 45. Vanguard FTSE Europe ETF (IRA) | A | Dividend | J | T | | | | | |
| 46. Vanguard Growth ETF | B | Dividend | M | T | | | | | |
| 47. Vanguard Growth ETF (IRA) | A | Dividend | K | T | Buy<br>(add'l) | 08/07/19 | J | | |
| 48. Vanguard Health Care ETF | B | Dividend | M | T | Buy<br>(add'l) | 03/21/19 | J | | |
| 49. | | | | | Sold<br>(part) | 08/20/19 | J | A | |
| 50. Vanguard Health Care ETF (IRA) | A | Dividend | K | T | Buy<br>(add'l) | 03/21/19 | J | | |
| 51. Vanguard Mid-Cap ETF | C | Dividend | N | T | Buy<br>(add'l) | 05/30/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARTIN, BEVERLY B. | 04/27/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 08/20/19 | J | | |
| 53. Vanguard Mid-Cap ETF (IRA) | A | Dividend | K | T | Buy (add'l) | 08/07/19 | J | | |
| 54. Vanguard Small-Cap ETF | B | Dividend | M | T | | | | | |
| 55. Vanguard Small-Cap ETF (IRA) | A | Dividend | K | T | Sold (part) | 08/07/19 | J | A | |
| 56. Vanguard Value ETF | D | Dividend | N | T | Buy (add'l) | 01/09/19 | J | | |
| 57. | | | | | Buy (add'l) | 05/30/19 | K | | |
| 58. | | | | | Buy (add'l) | 08/20/19 | J | | |
| 59. Vanguard Value ETF (IRA) | B | Dividend | K | T | Buy (add'l) | 08/07/19 | J | | |
| 60. Wisdomtree Japan Hedged Equity Fund ETF (IRA) | A | Dividend | | | Sold (part) | 03/19/19 | J | A | |
| 61. | | | | | Sold | 06/28/19 | J | A | |
| 62. | | | | | | | | | |
| 63. | | | | | | | | | |
| 64. | | | | | | | | | |
| 65. | | | | | | | | | |
| 66. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **MARTIN, BEVERLY B.** | 04/27/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 31: I bought this rental property on June 15, 2016 for a purchase price of $235,000.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ BEVERLY B. MARTIN**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544